# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0081. IN THE INTEREST OF J. L. W., A CHILD.**

On February 10, 2025, the Juvenile Court of Camden County entered an final order terminating appellant's parental rights. On March 12, 2025, appellant's counsel filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Juvenile Court's order. The Appellants' motion is hereby GRANTED. Counsel for the appellant has until April 11, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*